Lawrence J. Dreyfuss, Bar No. 76277
THE DREYFUSS FIRM
A Professional Law Corporation
7700 Irvine Center Drive, Suite 710
Irvine, California 92618
(949) 727-0977; Facsimile (949) 450-0668

E-FILED 09/01/09
LINK #6, #7

Attorneys for Defendant T.D. Service Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRILO MONTES,<br><br>    Plaintiff,<br>vs.<br><br>QUALITY LOAN SERVICE CORP.;<br>T.D. SERVICES CO.; & MORTGAGE<br>ELECTRONIC REGISTRATION<br>CORPORATION (MERS);<br>DOES 1-10;<br><br>    Defendants | Case No.: CV0905864 PSG (RC)<br><br>JUDGMENT OF NONMONETARY<br>RESOLUTION AS BETWEEN PLAINTIFF<br>CIRILO MONTES AND DEFENDANT T.D.<br>SERVICE COMPANY |

Plaintiff Cirilo Montes and Defendant T.D. Service Company having stipulated to this judgment as between them, and good cause appearing therefor:

IT IS HEREBY ADJUDGED AND ORDERED that:

1. Judgment is entered in favor of Cirilo Montes and against T.D. Service Company requiring T.D. Service Company to comply with any equitable orders or judgments that may be entered in favor of Cirilo Montes concerning the Deed of Trust recorded June 6, 2006 as instrument number 06-1259512. If, for example the court determines that the Deed of Trust should be rescinded, T.D. Service Company agrees to comply with that ruling to the extent that it may be needed for that process. If, on the other hand, the court determines that judgment should be entered against plaintiff and in favor of the lender defendants such that the foreclosure may

proceed, T.D. Service Company shall be entitled to comply with that court order or judgment if called upon to process the sale pursuant to the requirements of California Civil Code Section 2924 et. seq. This judgment against T.D. Service Company pursuant to the Stipulation of these parties shall not include any award of damages against T.D. Service Company, and both plaintiff and defendant T.D. Service Company shall bear their own fees and costs as against each other.

    2.    Pursuant to this Judgment, defendant T.D. Service Company shall not be required to attend further hearings or otherwise take part in the pending lawsuit except as specifically ordered by the court to do so.

DATED: 09/02/09

**PHILIP S. GUTIERREZ**

JUDGE OF THE UNITED STATES DISTRICT COURT

1040-2352

PROOF OF SERVICE (By Mail)
(CCP Section 1013a(3))

I am over the age of 18, and I am not a party to the within action. I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 7700 Irvine Center Drive, Suite 710, Irvine, CA 92618.

On August 31, 2009, I served the attached: **Judgment of NonMonetary Resolution as between plaintiff Cirilo Montes and Defendant T.D. Service Co.** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Cirilo Montes**
**2107 W. Manchester Avenue, Ste. 105**
**Los Angeles, CA 90047**

[ X ] **(By Mail)** I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(By Facsimile Transmission)** I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to California rules of Court, Rule 2009(i)2, from facsimile machine number (949) 450-0668. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2009(i)4, I caused the machine to print a transmission record of the transmission

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on August 31, 2009, at Irvine, California.

_____
Roma Klein