**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811

E-FILED 02-04-10
JS-6

Attorneys for Defendant,
Mortgage Electronic Registration Systems, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRILO MONTES<br>                      Plaintiff,<br>v.<br>QUALITY LOAN SERVICE CORP.:<br>T.D. SERVICES CO; &<br>MORTGAGE ELECTRONIC<br>REGISTRATION CORPORATION<br>(MERS)<br>DOES 1 through 10,<br>                      Defendants. | Case No. CV09-05864 PSG (RCX)<br><br>[*~~PROPOSED~~*] **JUDGMENT**<br><br>Ctrm: 790- Roybal<br>Judge: Hon. Philip S. Gutierrez |

On January 04, 2010, this Court granted Defendant, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *erroneously* sued as MORTGAGE ELECTRONIC REGISTRATION CORPORATION (MERS) ("DEFENDANT")'s Motion to Dismiss Plaintiff CIRILO MONTES' ("PLAINTIFF")'s Complaint without prejudice. This Court further allowed PLAINTIFF to file an amended complaint within twenty-one (21) days of the court order filed on January 05, 2010. To date, PLAINTIFF has not filed an Amended Complaint.

As PLAINTIFF has failed to amend his Complaint within the time allowed by the Court, and for the reasons explained in DEFENDANT's Motion to Dismiss, the Court hereby DISMISSED THE CASE WITH PREJUDICE.

1 **IT IS SO ORDERED.**

3 Dated: **2/4/2010**

_____
Hon. Philip S. Gutierrez